1  AARON D. FORD
   Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail: pdunkley@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Renee Baker, Robert Dugan, James*
   *Dzurenda, Leslie Healer, Michael Koehn,*
8  *William Moore, Michael Oxborrow,*
   *and Brian Sandoval*



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA          ORDER

| JOHN D. PAMPLIN, | Case No. 3:17-cv-00716-MMD-CBC |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO EXTEND DISCOVERY RESPONSE DEADLINE** |
| WARDEN R. BAKER, et al., | **(Second Request)** |
| Defendants. | |

Defendants, Renee Baker, Robert Dugan, James Dzurenda, Leslie Healer, Michael Koehn, William Moore, Michael Oxborrow and Brian Sandoval, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby move the Court to extend the Discovery Response Deadline outlined in the Scheduling Order of the Court of April 12, 2019, (ECF No. 32) pursuant to LR 26-4 and LR IA 6-1 for an additional twenty-one (21) days.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.   **BACKGROUND AND REVELANT PROCEDURAL HISTORY**

This is a prisoner civil rights suit brought by Plaintiff John David Pamplin ("Pamplin"), pursuant to 42 U.S.C. § 1983. ECF No.8.

On August 6, 2019, Pamplin propounded discovery to Defendant James Dzurenda ("Dzurenda").

1  The Office of the Attorney General has had difficulty obtaining information
2  necessary to adequately respond to Pamplin's discovery to Dzurenda, resulting in a request
3  for an extension filed on September 4, 2019, which was granted on September 6, 2019.
4  (ECF Nos. 43, 44.)

5  The undersigned Deputy Attorney General was only recently assigned this case and
6  has been working diligently regarding Pamplin's discovery requests and has reached out,
7  and will continue to reach out, to Mr. Dzurenda to ensure adequate and accurate responses
8  to the discovery requests.

9  Defendant now brings this Motion requesting a 21 day extension to the date in which
10 Defendant must respond to Pamplin's discovery requests dated August 6, 2019.

11 The new deadline for Dzurend to respond would be October 28, 2019, which is the
12 current close of discovery.

## II. APPLICABLE LAW

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

## III. ARGUMENT

Defendant respectfully requests a twenty-one (21) day extension of time out from the current deadline of October 7, 2019, to serve responses to Pamplin's discovery requests to Mr. Dzurenda.

Defendant submits that there is good cause to extend the discovery response deadline. The undersigned has been working with the staff in the Office of the Attorney General, in an effort to meet the extended deadline, but unfortunately, is unable to meet the deadline. Defendant submits there is good cause allowing Defendants an additional 21

///

1  days to respond to the Pamplin's discovery requests to ensure accurate and adequate
2  response to the discovery.
3      At this time, Discovery is also set to close on October 28, 2019, which is 21 days from
4  the day of this request.

## IV. CONCLUSION

    Wherefore, Defendants submits that there is good cause for the extension of additional time in which to respond to the discovery request. This request for an extension of time is made in good faith and not for the purpose of undue delay.

DATED this 7th day of October, 2019.

                     AARON D. FORD
                     Attorney General

By:  /s/ Peter E. Dunkley
      PETER E. DUNKLEY, Bar No. 11110
      Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 10/8/2019